# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 11, 2020

Lyle W. Cayce
Clerk

No. 19-30896

Sharon Schaefer,

*Plaintiff—Appellant*,

*versus*

St. Bernard Parish,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-CV-17784

Before Jolly, Jones, and Willett, *Circuit Judges*.

Per Curiam:*

After reviewing the record, studying the briefs, and hearing oral argument from counsel, we can discern no error in the district court's grant of summary judgment on the plaintiff's Title VII retaliation and hostile work environment claims.  The judgment of the district court is AFFIRMED.[1]

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

[1] *See* 5th Cir. R. 47.6.